2 P.3d 143

# SUPREME COURT OF HAWAI'I

### April 25, 2000

| | | |
|---|---|---|
| 22332 | State v. Adams | Vacated and Remanded |
| 22672 | State v. Centers | Affirmed |

### May 17, 2000

| | | |
|---|---|---|
| 22769 | Bank of Hawaii v. Hawaii Aiki Kai | Affirmed |

### May 18, 2000

| | | |
|---|---|---|
| 22814 | State v. Ordonio | Affirmed |
| 22490 | State v. Teel | Affirmed |

### May 23, 2000

| | | |
|---|---|---|
| 22445 | State v. Elbern | Affirmed |
| 22793 | Poe v. State | Affirmed |

### May 24, 2000

| | | |
|---|---|---|
| 22711 | State v. Dunn | Affirmed |

### May 25, 2000

| | | |
|---|---|---|
| 21409 | Fujiwara v. Vierra | Affirmed |

### May 31, 2000

| | | |
|---|---|---|
| 22834 | State v. Lean | Affirmed |
| 22520 | State v. Ross | Affirmed |

### June 6, 2000

| | | |
|---|---|---|
| 22662 | Tsukamoto v. Lau | Affirmed |

### June 7, 2000

| | | |
|---|---|---|
| 22638 | Doe, In re | Affirmed |
| 22685 | Property Reserve, Inc. ex rel. Zions Securities Corp. v. Valdez | Affirmed |